UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Curie T. Richards,

        Plaintiff,

v.

Nancy A. Berryhill,

        Defendant.
                                               /

CASE NUMBER: 17-12045
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE STAFFORD

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 11, 2017, Magistrate Judge Stafford issued a Report and Recommendation [Doc. 5], recommending that Plaintiff's Application to Proceed *In Forma Pauperis* [Doc. 2] be **DENIED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Plaintiff's Application is **DENIED**.

**IT IS ORDERED**.

                                                    S/Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated: August 18, 2017

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 18, 2017.<br><br>S/Linda Vertriest<br>Deputy Clerk |