**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**Curie T. Richards,**

        **Plaintiff,**

**CASE NUMBER: 17-12045
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE STAFFORD**

v.

**Commissioner of Social Security,**

        **Defendant.**

                                        /

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 6, 2018, Magistrate Judge Stafford issued a Report and Recommendation [Doc.26], recommending that Plaintiff's motion be DENIED; Defendant's motion be GRANTED and the Administrative Law Judge's ("ALJ") decision AFFIRMED. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Plaintiff's motion is **DENIED**; Defendant's motion is **GRANTED** and the ALJ's decision is **AFFIRMED**. Judgment will enter in favor of Defendant.

    **IT IS ORDERED**.

                                        S/Victoria A. Roberts
                                        Victoria A. Roberts
                                        United States District Judge

Dated: July 27, 2018

The undersigned certifies that a copy of this document was served on the attorneys of record and Curie T. Richards by electronic means or U.S. Mail on July 27, 2018.

S/Linda Vertriest
Deputy Clerk